**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| GENUS MEDICAL TECHNOLOGIES, LLC, <br><br>               Plaintiff, <br><br>    v. <br><br> BRACCO DIAGNOSTICS, INC., <br><br> E-Z-EM, INC., <br><br> E-Z-EM CANADA, INC., <br> and <br> UNITED MINERALS AND PROPERTIES, INC., <br><br>               Defendants. | **Case No. 4:19-cv-03150-SEP** |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT
OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

# FILED UNDER SEAL

Dated: July 26, 2023                              Respectfully submitted,


**GREENBERG TRAURIG, LLP**

*/s/ Hal S. Shaftel*_____
Richard A. Edlin (*pro hac vice* pending)
Hal S. Shaftel *(pro hac vice)*
Robert Herrington (*pro hac vice*)
Maura Miller *(pro hac vice)*
John C. Molluzzo Jr. *(pro hac vice)*
Adam Kirschbaum *(pro hac vice)*
One Vanderbilt Avenue
New York, NY 10017
Office +1 212.801.9200
edlinr@gtlaw.com
shaftelh@gtlaw.com
Robert.Herrington@gtlaw.com
maura.miller@gtlaw.com
molluzzoj@gtlaw.com
kirschbauma@gtlaw.com

and

**BAKER STERCHI COWDEN & RICE LLC**

Paul N. Venker            #28768 (MO)
Megan Sterchi Lammert      #68420 (MO)
100 North Broadway, 21st Floor
St. Louis, MO 63102
Telephone: (314) 345-5000
Facsimile: (314) 345-5055
pvenker@bscr-law.com
msterchi@bscr-law.com


*Attorneys for Defendant Bracco Diagnostics Inc.,*
*E-Z-EM, Inc., and E-Z-EM, Canada, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed on the 26th day of July, 2023 using the CM/ECF system, which served a copy on all counsel of record.

*/s/ Hal S. Shaftel*

Hal. S. Shaftel